IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ATLAS COMMODITIES, LLC, § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. H-15-0005 |
| v. § | |
| § | |
| DANIEL CROSBY, *et al.*, § | |
| Defendants. § | |

## ORDER

It appearing that Plaintiff has filed an Amended Complaint [Doc. # 12], to which Defendants shall file a response which may or may not include a counterclaim, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Doc. # 3] and Plaintiff's Motion to Dismiss Counterclaim [Doc. # 13] are **DENIED AS MOOT**.

SIGNED at Houston, Texas, this **26th** day of **January, 2015**.

Nancy F. Atlas
United States District Judge