IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATLAS COMMODITIES, LLC, § | | |
|    Plaintiff, § | | |
| § | CIVIL ACTION NO. H-15-0005 | |
| v. § | | |
| § | | |
| DANIEL CROSBY, *et al.*, § | | |
|    Defendants. § | | |

## ORDER

The parties have filed dispositive motions [Docs. # 15 and # 19] that will not be fully briefed and decided by the currently-scheduled initial conference. As a result, it is hereby

**ORDERED** that the initial conference is **RESCHEDULED** to **May 11, 2015, at 1:30 p.m.**

SIGNED at Houston, Texas, this 30th day of **March, 2015**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2015\0005ResetIPTC.wpd   150330.1333