IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATLAS COMMODITIES, LLC, | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. H-15-0005 |
| v. | § | |
| | § | |
| DANIEL CROSBY, *et al.*, | § | |
|     Defendants. | § | |

## **CONDITIONAL DISMISSAL ORDER**

Having been informed that a settlement has been reached in this case, it is hereby

**ORDERED** that this case is **DISMISSED without prejudice** to reinstatement of the parties' claims if any party represents to the Court on or before **April 30, 2015**, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 30th day of **March, 2015**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2015\0005Conditional.wpd   150330.1553